

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00224-CR

| | | |
|---|---|---|
| DANIEL RAMIREZ, Appellant | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CR23-0074) |
| V. | § | May 8, 2025 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete "Penal Code § 29.03" under the heading "Statute for Offense" and to replace it with "Tex. Health & Safety Code § 481.112(c)." It is ordered that the judgment of the trial court is affirmed as modified. Additionally, the bill of costs is modified to include a statement that the assessed costs and fees are not payable by Ramirez until his release from confinement, in accordance with the language in the trial court's judgment.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth